■ AUDREY SMITH, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [27 NYS3d 384]—

Order, Supreme Court, New York County (Lucy Billings, J.), entered March 2, 2015, which denied plaintiff's motion for summary judgment, unanimously affirmed, without costs.

Pro se plaintiff seeks summary judgment on her claims that were previously dismissed by Supreme Court in December 2013 (the dismissal order). Having failed to appeal from the dismissal order, plaintiff cannot now attack it (*see Dick v City of New York*, 11 AD3d 239 [1st Dept 2004]). Furthermore, although plaintiff's claim arising under 12 USC 1701u (c) (1) was dismissed on a conditional basis only, since she failed to comply with the dismissal order's plain terms, plaintiff's sole remedy was to timely appeal from the dismissal order, which she failed to do (*id.*). Concur—Tom, J.P., Sweeny, Manzanet-Daniels, Gische and Gesmer, JJ.